ACCEPTED
06-15-00048-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2015 4:15:56 PM
DEBBIE AUTREY
CLERK

**Appellate Docket Number:** ___10-15-00255-CV_____

**Appellate Case Style:** __Asset, Consulting Experts, LLC and Michael C. Evans v. Jonathan Sistrunk_

## DOCKETING STATEMENT (CIVIL)

**Tenth Court of Appeals**
**McLennan County Courthouse**
**501 Washington Ave., Rm 415**
**Waco, Texas 76701-1373**
**(254) 757-5200**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

8/12/2015 4:15:56 PM

DEBBIE AUTREY
Clerk

**[to be filed in the court of appeals upon perfection of appeal**
**under TRAP 32]**

| I. Parties (TRAP 32.1(a), (e)): | |
|---|---|
| Appellant(s):<br><br>Asset, Consulting Experts, LLC<br><br>Michael C. Evans<br><br>(*See* note at bottom of page) | Appellee(s):<br><br>Jonathan Sistrunk<br><br><br>(*See* note at bottom of page) |
| Attorney (lead appellate counsel):<br><br>Richard D. Weaver | Attorney (lead appellate counsel, if known; if not, then trial counsel):<br><br>Jonathan Fugate |
| Address (lead counsel):<br><br>1800 Bering Drive, Suite 305<br><br>Houston, Texas 77057 | Address (lead appellate counsel, if known; if not, then trial counsel):<br><br>P.O. Box 400<br><br>Lorena, Texas 76655 |
| Telephone Number:<br>(include area code)  (713) 572-4900 | Telephone Number:<br>(include area code)  (254) 756-2424 |
| Fax Number:<br>(include area code)  (713) 626-9708 | Fax Number:<br>(include area code)  (254) 756-2663 |
| Email: rweaver@weaverlawyers.com | Email: jfugate@fugatelaw.com |
| SBN (lead counsel): 24047083 | SBN (lead counsel): 00788939 |
| If not represented by counsel, provide appellant's/appellee's address, telephone number, and fax number.<br>On Attachment 1, or a separate attachment if needed, list the same information stated above for any additional parties to the trial court's judgment. | |

- 1 -

**II. Perfection Of Appeal And Jurisdiction (TRAP 32.1(b), (c), (g), (j)):**

| Date order or judgment signed:<br><br>May 8, 2015<br><br>(Attach a copy showing signature, if possible) | Date notice of appeal filed in trial court:<br><br>July 20, 2015<br><br>(Attach file-stamped copy; if mailed to the<br>trial court clerk, also give the date of mailing) |
|---|---|
| What type of judgment? (e.g., jury trial, bench trial, summary judgment, directed verdict, other (specify))<br><br><br>Default Judgment | Interlocutory appeal of appealable order:<br><br>Yes ☐  No ☒<br><br>(Please specify statutory or other basis on which interlocutory order is appealable) (*See* TRAP 28) |
| If money judgment, what was the amount?<br><br>Actual damages:<br><br>$14,000.00<br><br>Punitive (or similar) damages:<br><br>$40,000.00<br><br>Attorneys' fees (trial):<br><br>$19,000.00<br><br>Attorneys' fees (appellate):<br><br>$0.00<br><br>Other (specify):<br><br>Post-judgment interest 10% per annum | Accelerated appeal (*See* TRAP 28):<br><br>Yes ☐  No ☒<br><br><br>(Please specify statutory or other basis on which appeal is accelerated)<br><br><br>Appeal that receives precedence, preference, or priority under statute or rule?<br><br>Yes ☐  No ☒<br><br>(Please specify statutory or other basis for such status) |

Appeal from final judgment?  Yes ☒     No ☐      Will you challenge this Court's jurisdiction?  If yes, explain.

Does judgment dispose of all parties and issues:

 Yes ☒     No ☐

Does judgment have a Mother Hubbard clause?
(E.g.:  "All relief not expressly granted is denied"):

 Yes ☒     No ☐

Does judgment have language that one or more parties "take nothing"?

 Yes ☐     No ☒

Other basis for finality?

---

**III.     Actions Extending Time To Perfect Appeal (TRAP 32.1(d)):**

| Action | Filed Check as appropriate | | Date Filed |
|---|---|---|---|
| Motion for New Trial | No ☒ | Yes ☐ | |
| Motion to Modify Judgment | No ☒ | Yes ☐ | |
| Request for Findings of Fact and Conclusions of Law | No ☒ | Yes ☐ | |
| Motion to Reinstate | No ☒ | Yes ☐ | |
| Motion under TRCP 306a | No ☒ | Yes ☐ | |
| Other (specify): | No ☒ | Yes ☐ | |

**IV.     Indigency Of Party (TRAP 32.1(k)):**  (Attach file-stamped copy of affidavit)

| Event | Filed Check as appropriate | | Date | N/A |
|---|---|---|---|---|
| Affidavit filed | No ☒ | Yes ☐ | | |
| Contest filed | No ☒ | Yes ☐ | | |
| Date ruling on contest due: | | | | |
| Ruling on contest: Sustained ☐     Overruled ☐ | | | | |

**V.     Bankruptcy (TRAP 8):**

Will the appeal be stayed by bankruptcy?  No          Date bankruptcy filed?

Name of bankruptcy court:                              Bankruptcy Case No.:

Style of bankruptcy case:

## VI. Trial Court And Record (TRAP 32.1(c), (h), (i)):

| Court: 170th Judicial District Court | County: McLennan County, Texas | Trial Court Docket Number (Cause No.): 2015-321-4 |
|---|---|---|

| Trial Judge (who tried or disposed of case): Judge Jim Meyer | District/County Clerk: Jon Gimble |
|---|---|
| Telephone Number: (254) 757-5045 (include area code) | Telephone Number: (254) 757-5057 (include area code) |
| Fax Number: (254) 757-5129 (include area code) | Fax Number: (include area code) |
| Address: 501 Washington Ave., Suite 211 Waco, Texas 76701 | Address: 501 Washington Ave. Waco, Texas 76701 |

| Clerk's Record Yes ☒ | Sworn copy for accelerated appeal Yes ☐ (*See* TRAP 28.3) | Will request ☐ (Note: No request required under TRAP 34.5(a), (b)) Was requested on: July 21, 2015 | Clerk's fee has been paid or satisfactory arrangements have been made: Yes ☒  No ☐ If no, explain: |
|---|---|---|---|

**All court reporters/records who recorded any portion of the record must be listed:**

| Court Reporter/ Recorder: Suzanne Hanus | Court Reporter/Recorder: |
|---|---|
| Telephone Number: (254) 757-5045 (include area code) | Telephone Number: (include area code) |
| Fax Number: (include area code) | Fax Number: (include area code) |
| Address: 501 Washington Ave., Room 211 Waco, Texas 76701 | Address: |

(Attach additional sheet if necessary for additional court reporters/recorders)

| Length of trial (approximate): 3 minutes | Reporter's fee has been paid or satisfactory arrangements have been made: Yes ☒  No ☐ If no, explain: |
|---|---|

| Reporter's or Recorder's Record (check if electronic recording ☒) | None ☐ | Will request ☐ | Was requested on: |
|---|---|---|---|

**VII.  Nature Of The Case (TRAP 32.1(f))**  (Subject matter or type of case:  E.g., personal injury, breach of contract, workers' compensation, or temporary injunction) (*see* list below):

Violation of Tex. Fin. Code

Permanent Injunction

| | |
|---|---|
| Administrative/agency  _____ | Malpractice<br>  Legal  _____<br>  Medical  _____<br>  Other  _____ |
| Banking  _____ | |
| Business  _____ | Motor Vehicle  _____ |
| Condemnation  _____ | Municipal  _____ |
| Consumer/DTPA  _X_ | Oil & Gas  _____ |
| Construction  _____ | Personal Injury  _____ |
| Contract  _____ | Premises Liability  _____ |
| Employment/Labor  _____ | Probate  _____ |
| Family  _____ | Products Liability  _____ |
|   Custody  _____ | Real Property  _____ |
|   Property Division  _____ | Securities  _____ |
|   Termination  _____ | Tax  _____ |
|   Other  _____ | U.C.C./Tex. Bus. & Com. Code  _____ |
| Fraud  _____ | Venue  _____ |
| Insurance  _____ | Workers' compensation  _____ |
| Juvenile  _____ | Other (specify):  _____ |
| Landlord/Tenant  _____ | |

| | | | |
|---|---|---|---|
| **VIII.   Supersedeas Bond (TRAP 32.1(1)):** | None  ☒ | Will file  ☐ | Was filed on: |

**IX.      Extraordinary Relief:**  Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court?   Yes ☒   No ☐   If yes, briefly state the basis for your request.

Stay of Garnishment Action in Cause No. 2015-2111-4

**X.** **Alternative Dispute Resolution/Mediation (if applicable)** (The Tenth Court of Appeals participates in the ADR process on cases determined to be appropriate for mediation. To assist the Court in making that determination, the Court request the parties provide the following information)). (Use additional sheets, if necessary)

1.    Should this appeal be referred to mediation? If not, why not.

   Mediation may be beneficial. Counsel has no reason to object to mediation.

2.    Has the case been through an ADR procedure in the trial court?    No
      If yes, answer the following:

   a. Who was the mediator?

   b. What type of ADR procedure?

   c. At what stage did the case go through ADR? (Specify pre-trial, trial, post-trial, other)

   d. Rate the case for complexity. Use 1 for the least complex and 5 for the most complex. Circle one.

            1        2        3        4        5

   e. Can the parties agree on an appellate mediator? If yes, give name, address, and telephone and fax numbers (with area codes).

   f. Languages other than English in which the mediator should be proficient:

3.    Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, **if known** (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

   1. Failure to serve process in compliance with Long-Arm Statute.

   2. Actual damages not supported by record.

   3. Exemplary damages not supported by record.

   4. Exemplary damages not supported by joint and several.

   5. Attorney's fees not supported by record.

   6. Post-judgment interest not supported by records or not at 10%.

**XI. Related Matters:**

List any pending or past related **appeals or original proceedings** (e.g., mandamus, injunction, habeas corpus) before this or any other Texas appellate court by court, docket number, and style.

None.

**XII. Other Information:**

Please give any other information helpful to process this appeal (see attachments, if any).

**XIII. Signature:**

/s/ Richard D. Weaver                                         Date: _____August 12, 2015_____
_____
Signature of counsel
(or pro se party)                                                    State Bar No.:__24047083_____

Printed Name: __Richard D. Weaver_____

**XIV. Certificate of Service:**

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on _____August 12___, 20_15_.

VIA FACSIMILE (254) 756-2663

John Fugate

P.O. Box 400

Lorena, Texas 76655

/s/ Richard D. Weaver
_____
Signature

(TRAP 9.5(e) requirements stated below; use additional sheets, if necessary)

**Note:** **Certificate of Service Requirements (TRAP 9.5(e)):** A certificate of service must be signed by the person who made the service and must state:

(1)  the date and manner of service;
(2)  the name and address of each person served; and
(3)  if the person served is a party's attorney, the name of the party represented by that attorney.